BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GLP-1 RECEPTOR AGONIST CASES        MDL DOCKET NO._____

**PLAINTIFFS' JACLYN BJORKLUND ET AL.'S MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and JPML Rule 6.2, Plaintiffs Jaclyn Bjorklund et al. ("Plaintiffs"), by and through their counsel, respectfully move the Panel for an Order transferring the cases set forth on the accompanying Schedule of Actions to the United States District Court for the Western District of Louisiana for coordination or consolidation of pretrial proceedings. This motion is supported by the accompanying memorandum, a Schedule of Actions, a copy of the docket sheet for each matter, the Complaint for each matter, and proof of service. Oral argument is requested for the reasons set forth in Plaintiffs' memorandum.

                                       Respectfully submitted,

Dated: December 1, 2023        By:     _/s/ T. Michael Morgan_
                                                 T. Michael Morgan
                                                 Morgan & Morgan
                                                 20 North Orange Ave. Suite 1600
                                                 Orlando, FL 32801
                                                 Phone: (407) 420-1414
                                                 Facsimile: (407) 245-2289
                                                 mmorgan@forthepeople.com

                                                 Paul J. Pennock
                                                 Morgan & Morgan
                                                 350 Fifth Ave, Suite 6705
                                                 New York, NY 10118
                                                 Phone: (212) 738-6839
                                                 Facsimile: (407) 245-3384
                                                 ppennock@forthepeople.com

                                                 Jonathan M. Sedgh
                                                 Morgan & Morgan
                                                 850 3rd Ave, Suite 402

Brooklyn, NY 11232
Phone: (212) 738-6839
jsedgh@forthepeople.com

Josh Autry
Morgan & Morgan
333 W. Vine St, St 1200
Lexington, KY 40507
Phone: (859) 899-8785
jautry@forthepeople.com

*Attorneys for Plaintiffs Jaclyn Bjorklund, Delisa Jones, Jarred Olson, Marliene Salinas, Lia Ritchie, Leigh Decorde, Meredith Hotchkiss, Rodney Muilenburg, and Robin Kelly*