**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS           MDL NO. 3094
(GLP-1RAs) PRODUCTS LIABILITY LITIGATION

**PLAINTIFF DARIUS CRAIG'S UNOPPOSED MOTION TO
TRANSFER HIS ACTION PURSUANT TO JPML RULE 7.1(b)(i)**

Plaintiff Darius Craig, through counsel, and pursuant to JPML Rule 7.1(b)(i), requests that the Panel enter a conditional transfer order transferring his action to the Eastern District of Pennsylvania for inclusion in *In re: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RA) Products Liability Litigation*, MDL 3094. In support thereof, the accompanying brief, schedule of actions, copy of the docket sheet, copy of the complaint, and proof of service is filed contemporaneously with this motion.

| | |
|---|---|
| Date: August 21, 2024 | Respectfully submitted, |
| | */s/ Jonathan D. Orent* |
| | Jonathan Orent |
| | MOTLEY RICE LLC |
| | 40 Westminster St., 5th Floor |
| | Providence, RI 02903 |
| | Phone: (401) 457-7700 |
| | jorent@motleyrice.com |
| | |
| | Parvin K. Aminolroaya |
| | SEEGER WEISS LLP |
| | 55 Challenger Rd., 6th Floor |
| | Ridgefield Park, NJ 07660 |
| | Phone: (973) 639-9100 |
| | paminolroaya@seegerweiss.com |
| | |
| | Paul J. Pennock |
| | MORGAN & MORGAN, P.A. |
| | 350 Fifth Ave., Suite 6705 |
| | New York, NY 10118 |
| | Phone: (212) 738-6839 |
| | ppennock@forthepeople.com |

Sarah Ruane
W<span style="font-variant:small-caps">agstaff</span> & C<span style="font-variant:small-caps">artmell</span>
4740 Grand Avenue Suite 300
Kansas City, MO 64112
Phone (816) 701-1123
sruane@wcllp.com

*Plaintiffs' Co-Lead Counsel, on behalf of Plaintiff/Movant Darius Craig*