BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1RAS) PRODUCTS LIABILITY LITIGATION            MDL No. 3094

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge(s) Assigned |
|---|---|---|---|
| *Robert King v. Eli Lilly and Company*<br><br>**Plaintiff:**<br>Robert King<br><br>**Defendant:**<br>Eli Lilly and Company | E.D. Okla. | 6:23-cv-00406 | Magistrate Judge D. Edward Snow |
| *Blake McClure v. Eli Lilly and Company*<br><br>**Plaintiff:**<br>Blake McClure<br><br>**Defendant:**<br>Eli Lilly and Company | N.D. Okla. | 4:23-cv-00551 | Magistrate Judge Mark T. Steele |

| Case Caption | Court | Civil Action No. | Judge(s) Assigned |
|---|---|---|---|
| *Donna Thomas v. Novo Nordisk A/S, et al.*<br><br>**Plaintiff:**<br>Donna Thomas<br><br>**Defendants:**<br>Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., Novo Nordisk Pharmaceutical Industries LP, and Eli Lilly and Company | W.D. La. | 6:23-cv-01793 | Case Not Yet Assigned |
| *Sharon Arender v. Novo Nordisk A/S, et al.*<br><br>**Plaintiff:**<br>Sharon Arender<br><br>**Defendants:**<br>Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., Novo Nordisk Pharmaceutical Industries LP, Eli Lilly and Company, and Emisphere Technologies | W.D. La. | 3:23-cv-01800 | District Judge Terry A. Doughty and Magistrate Judge Kayla D. McClusky |
| *Robert McDonald v. Eli Lilly and Company*<br><br>**Plaintiff:**<br>Robert McDonald<br><br>**Defendant:**<br>Eli Lilly and Company | S.D. Miss. | 1:23-cv-00372 | District Judge Halil S. Ozerden and Magistrate Judge Bradley W. Rath |

DATED: January 3, 2024                          Respectfully submitted,

                                                /s/ Diana M. Watral
                                                Diana M. Watral, P.C.
                                                **KIRKLAND & ELLIS LLP**
                                                300 North LaSalle
                                                Chicago, IL 60654
                                                United States
                                                Telephone: +1 312 862 2000
                                                Facsimile: +1 312 862 2200
                                                diana.watral@kirkland.com

                                                *Attorney for Eli Lilly and Company*