**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL No. 3094 |

**DEFENDANTS NOVO NORDISK U.S. HOLDINGS INC.,
NOVO NORDISK U.S. COMMERCIAL HOLDINGS INC., NOVO NORDISK INC.,
NOVO NORDISK RESEARCH CENTER SEATTLE, INC., NOVO NORDISK
PHARMACEUTICAL INDUSTRIES LP, AND ELI LILLY AND COMPANY'S
<u>JOINT MOTION FOR EXTENSION OF TIME</u>**

The deadline to file responses to Moving Plaintiffs' Motion to Transfer Venue is December 26, 2023, the day after Christmas, a federal holiday.  ECF No. 5.  Pursuant to Rules 6.1 and 6.3 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Novo Nordisk U.S. Holdings Inc., Novo Nordisk U.S. Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries LP ("Novo Nordisk Defendants") and Defendant Eli Lilly and Company ("Lilly") (collectively "Defendants") respectfully move for an extension of the dates to respond and reply to the Motion for Transfer from the current due dates of December 26, 2023 and January 2, 2024, respectively, to January 2, 2024 and January 8, 2024, respectively.

Defendants respectfully suggest this modest extension will ensure that all parties have the opportunity to sufficiently prepare briefing without impairing the Panel's ability to consider the briefs before the January 25, 2024 hearing date.  The bases for the requested extension are as follows:

1. On December 5, 2023, the Panel set a briefing schedule including the following deadlines: Responses to the Motion for Transfer due on or before December 26, 2023; and Reply, if any, due on or before January 2, 2024. ECF No. 5. This matter is designated for oral argument on January 25, 2024. ECF No. 8.

2. The Motion seeks to transfer and coordinate for pretrial purposes 18 cases alleging "gastrointestinal and associated injuries after receiving glucagon-like peptide-1 receptor agonists" (listed in Plaintiffs' accompanying Schedule of Actions), as well as "any subsequently filed cases involving common factual issues" to a single District Court selected by this Panel. ECF No. 1-1.

3. There is good cause for granting the requested extension. The current response deadline falls the day after Christmas, when attorneys and staff, including lead counsel, will be traveling or spending time with family, including children whose schools will also be closed. Extending the deadline to January 2, 2024 would provide sufficient time after Christmas for the parties' lawyers and staff to finalize their Responses and avoid a filing on the day after Christmas.

4. This one-week extension of dates will not result in any prejudice to the Moving Plaintiffs or, Defendants respectfully submit, unduly burden the Panel. The Motion for Transfer is scheduled to be heard by the Panel on January 25, 2024. Under the proposed extended schedule, all briefing will be completed more than two weeks before January 25, 2024, and Defendants respectfully submit that allowing sufficient time to prepare briefing amidst federal holidays, school closures, and family and travel schedules will allow all parties an opportunity for full and fair briefing on this important issue.

5. Defendants have consulted with counsel for the Moving Plaintiffs, who indicate they oppose this motion.

WHEREFORE, Defendants respectfully requests that the Panel grant the extensions of time to respond and reply to the Motion for Transfer.

DATED: December 18, 2023          Respectfully submitted,

*/s/ Diana M. Watral*
Diana M. Watral, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
diana.watral@kirkland.com

*Attorney for Eli Lilly and Company*

*/s/ Loren H. Brown*
Loren H. Brown
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone:   (212) 335-4846
loren.brown@us.dlapiper.com

*Attorney for Defendants Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP*