BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GLP-1 RECEPTOR AGONIST CASES          MDL DOCKET NO. 3094

**MOVING PLAINTIFFS JACLYN BJORKLUND ET AL.'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**

If Defendants' requested extension will not prevent consideration at the scheduled January 25, 2024, hearing date, Moving Plaintiffs do not oppose Defendants' Motion for Extension of Time. Moving Plaintiffs, however, oppose any extension if it would delay consideration of their petition.[1]

                                               Respectfully submitted,

Dated: December 18, 2023          By:     /s/ T. Michael Morgan
                                                 T. Michael Morgan
                                                 Morgan & Morgan
                                                 20 North Orange Ave. Suite 1600
                                                 Orlando, FL 32801
                                                 Phone: (407) 420-1414
                                                 Facsimile: (407) 245-2289
                                                 mmorgan@forthepeople.com

                                                 Paul J. Pennock
                                                 Morgan & Morgan
                                                 350 Fifth Ave, Suite 6705
                                                 New York, NY 10118
                                                 Phone: (212) 738-6839
                                                 Facsimile: (407) 245-3384
                                                 ppennock@forthepeople.com

                                                 Jonathan M. Sedgh
                                                 Morgan & Morgan
                                                 850 3rd Ave, Suite 402
                                                 Brooklyn, NY 11232
                                                 Phone: (212) 738-6839
                                                 jsedgh@forthepeople.com

---

[1] Undersigned counsel was unable to file this on ECF as a "Response" as Defendants' Motion did not appear as a selectable option for a response. In order to be able to file this document, undersigned counsel selected the "Motion" option.

2

Josh Autry
Morgan & Morgan
333 W. Vine St, St 1200
Lexington, KY 40507
Phone: (859) 899-8785
jautry@forthepeople.com

*Attorneys for Plaintiffs Jaclyn Bjorklund, Delisa Jones, Jarred Olson, Marliene Salinas, Lia Ritchie, Leigh Decorde, Meredith Hotchkiss, Rodney Muilenburg, and Robin Kelly*