BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | MDL No.: 3094 |

**RESPONSE OF PLAINTIFF LETA J. BRADLEY
TO MOTION FOR TRANSFER AND COORDINATION
OR CONSOLIDATION UNDER 28 U.S.C. § 1407**

Leta J. Bradley, the named plaintiff in a lawsuit filed against Novo Nordisk A/S et al. in the United States District Court for the Northern District of Mississippi[1], submits this brief in support of Plaintiffs Jaclyn Bjorklund, et al.'s Motion for Transfer of Actions to the United States District Court for the Western District of Louisiana. (Dkt. 1). Plaintiff Bradley concurs in full with the Memorandum submitted by Plaintiffs Jaclyn Bjorklund et al. (Dkt. 1). For the reasons stated in Plaintiff Bjorklund's Memorandum, Plaintiff Bradley requests the Panel to order coordinated or consolidated proceedings and to transfer all pending and future actions to Judge James D. Cain, Jr. in the United States District Court for the Western District of Louisiana.

Respectfully submitted,

*/s/ W. Cameron Stephenson*
W. Cameron Stephenson
LEVIN PAPANTONIO
RAFFERTY ET. AL., P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850)435-7175
cstephenson@levinlaw.com

*Attorney for Plaintiff Leta J. Bradley*

---

[1] *Bradley v. Novo Nordisk A/S et al.* (N.D. Miss. 1:2023-cv-00166)

1