BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL No.: 3094 |

**Brief in Support of Motion for Transfer and Coordination or Consolidation under 28 U.S.C. § 1407**

Melissa Huffman, the named plaintiff in a lawsuit filed against Novo Nordisk A/S et al. in the United States District Court for the Southern District of Iowa[1], submits this brief in support of Plaintiffs Jaclyn Bjorklund, et al.'s Motion for Transfer of Actions to the United States District Court for the Western District of Louisiana. (Dkt. 1). Plaintiff Huffman concurs in full with the Memorandum submitted by Plaintiffs Jaclyn Bjorklund et al. (Dkt. 1). For the reasons stated in Plaintiff Bjorklund's Memorandum, Plaintiff Huffman requests the Panel to order coordinated or consolidated proceedings and to transfer all pending and future actions to Judge James D. Cain, Jr. in the United States District Court for the Western District of Louisiana.

Respectfully submitted,

*/s/ Diandra Debrosse Zimmermann*
Diandra Debrosse Zimmermann
**DiCELLO LEVITT LLP**
505 20th Street North, Suite 1500
Birmingham, Alabama  35203
(205) 855-5700
fu@dicellolevitt.com

Lamiaa Bitar
**DiCELLO LEVITT LLP**
Ten North Dearborn Street
Sixth and Seventh Floors
Tel: (312) 214-7900
lbitar@dicellolevitt.com

---

[1] *Huffman v. Novo Nordisk A/S et al.* (S.D. Iowa 4:2023-cv-00483)

1