BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094 |

**RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and JPML Rule 6.2, Plaintiff Lori Johnson respectfully submit this Response in Support of the Motion for Transfer and requests that the Panel bring together in one district court all currently filed cases ("Subject Actions"), as well as any later filed actions involving common factual issues, in the Western District of Louisiana before Judge James D. Cain, Jr. The Western District of Louisiana is the most appropriate forum due to the numerosity of GLP-1RA cases filed in that venue, the geographically central location of the district, the fact that *Bjorklund*—the most procedurally advanced of all currently pending GLP-1RA cases—is pending there, Judge Cain's experience with complex, multi-plaintiff litigation, and Judge Cain's expedient rulings on motions in the GLP-1RA cases pending before him.

Respectfully submitted,

THE GORI LAW FIRM, P.C.

*/s/ Samira Bode*
Samira Bode, IL #6313223
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
Ph: 618-659-9833
Fax: 618-659-9834
sbode@gorilaw.com

and

GOZA & HONNOLD, LLC

*/s/ Bradley D. Honnold*
Bradley D. Honnold
MO #39818, KS #22972
9500 Nall Avenue #400
Overland Park, KS 66207
(913) 451-3433
(913) 839-0567 Facsimile
bhonnold@gohonlaw.com

Counsel for Plaintiff in the following case:
*Johnston*, No. 3:23-cv-03855-GCS (S.D. Ill.)