BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Glucagon-like Peptide-1 Receptor Agonists        MDL DOCKET NO. 3094
(GLP-1 RAs) Products Liability Litigation

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings, Inc., Novo Nordisk US Commercial Holdings, Inc., Novo Nordisk, Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP (collectively, the "Novo Nordisk Defendants"), hereby provide the Clerk of Court with notice of the following potential tag-along actions that have not yet been identified to this Court:

*Theresa M. Devito v. Novo Nordisk A/S, et al.*, **No. 3:24-cv-00498 (D. Conn.)**

*Richard Armas v. Novo Nordisk A/S, et al.*, **No. 1:24-cv-02527 (N.D. Ill.)**

*Amparo Hernandez v. Novo Nordisk A/S, et al.*, **No. 1:24-cv-02521 (N.D. Ill.)**

*David Turman v. Novo Nordisk A/S, et al.*, **No. 1:24-cv-02523 (N.D. Ill)**

These potential tag-along actions are listed on the accompanying Schedule of Actions. The docket sheets and Complaints for these actions are attached.

Dated:  April 5, 2024                              Respectfully submitted,

                                                    /s/ Loren H. Brown
                                                   Loren H. Brown
                                                   **DLA Piper LLP (US)**
                                                   1251 Avenue of the Americas, 27th Floor
                                                   New York, NY 10020
                                                   Telephone: (212) 335-4846
                                                   Facsimile: (212) 335-4501
                                                   loren.brown@us.dlapiper.com

*Attorney for Novo Nordisk A/S, Novo Nordisk North American Operations A/S, Novo Nordisk US Holdings, Inc., Novo Nordisk US Commercial Holdings, Inc., Novo Nordisk, Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP*